## STATE OF CONNECTICUT *v.* WILLIAM PAGAN

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 423 (AC 22048), is denied.

*William Pagan*, pro se, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided July 15, 2003

## AETNA LIFE INSURANCE COMPANY *v.* CITY OF MIDDLETOWN

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 21 (AC 22826), is denied.

*Barbara A. Frederick, Robert M. DeCrescenzo* and *Trina A. Solecki*, in support of the petition.

*Marjorie S. Wilder* and *Julie A. Morgan*, in opposition.

Decided July 15, 2003

## AETNA LIFE INSURANCE COMPANY *v.* CITY OF MIDDLETOWN

The plaintiff's petition for certification for appeal from the Appellate Court, 77 Conn. App. 21 (AC 22826), is denied.

*Marjorie S. Wilder*, in support of the petition.

*Barbara A. Frederick, Robert M. DeCrescenzo* and *Trina A. Solecki*, in opposition.

Decided July 15, 2003